**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RAFAEL ANTONIO,

    Petitioner,

v.                                            CASE NO. 8:06-CV-101-T-30MAP
                                                                         8:03-CR-176-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.

_____/

**O R D E R**

THIS matter comes before the Court for consideration of Petitioner's Application to Proceed *In Forma Pauperis* ("IFP") on appeal (Dkt. 13), filed June 28, 2006.[1] Finding that Petitioner failed to satisfy the two-prong *Slack* test,[2] the Court denied Petitioner's application for issuance of a certificate of appealability on June 9, 2006 (Dkt. 11). The Eleventh Circuit Court of Appeals dismissed Petitioner's appeal on June 21, 2006, for want of prosecution because he failed to pay the $455 docketing and filing fee within the time fixed by the rules governing appellate procedure, *see* Dkt. 12.

---

[1] Although the affidavit was stamped "filed" in this Court on July 6, 2006, Petitioner signed it on June 28, 2006. A *pro se* inmate's § 2255 motion and documents related thereto are deemed filed the date they are delivered to prison officials for mailing. *Houston v. Lack,* 487 U.S. 266, 271-72 (1988); *Adams v. United States,* 173 F.3d 1339, 1340-41 (11th Cir. 1999). In the absence of evidence to the contrary, the Court assumes that Petitioner's affidavit was delivered to prison authorities the day he signed it. *See Washington v. United States,* 243 F.3d 1299, 1301 (11th Cir. 2001).

[2] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001).

ACCORDINGLY, the Court **ORDERS** that Petitioner's request to proceed on appeal *in forma pauperis* (Dkt. 13) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
All Parties/Counsel of Record

SA:jsh